**Order entered September 29, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01150-CR

### EX PARTE DUSTIN CALHOUN

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. WX16-90021-V**

## ORDER

The Court is in receipt of appellant's notice of appeal from the trial court's order denying relief sought by his pretrial application for writ of habeas corpus seeking a bond reduction. This is an accelerated appeal and is governed by Texas Rule of Appellate Procedure 31.

We **ORDER** the Dallas County District Clerk to file the clerk's record by **October 17, 2016**. We **ORDER** that the clerk's record contain copies of the indictment, bond conditions, the documents related to the application for writ of habeas corpus, and the trial court's certification of appellant's right to appeal.

We **ORDER** the court reporter to file, by **October 17, 2016**, either the reporter's record or written verification that no hearing was conducted.

We **ORDER** appellant to file his brief by **November 7, 2016**. We **ORDER** the State to file its brief by **November 28, 2016**. After the record and briefs have been filed, the Court will notify the parties of the submission date and panel.

We **DIRECT** the Clerk to send copies of this order to the Honorable Brandon Birmingham, presiding judge, 292nd Judicial District Court; Peri Wood, official court reporter, 292nd Judicial District Court; Felicia Pitre, Dallas County District Clerk; and counsel for all parties.

/s/  LANA MYERS
   JUSTICE